UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TRAVIS M. LAUGHLIN,<br>Defendant. | No. 2:26-po-0209 CKD<br><br>REFUND ORDER |

On August 11, 2026, the government moved to dismiss the citation CA18/E2480381 without prejudice and this motion was granted by the court. For reasons unknown by the court, on August 12, 2026 , the defendant paid $280.00 to the Central Violations Bureau.

Accordingly, IT IS HEREBY ORDERED that defendant is to be refunded $280.00 due to overpayment.

IT IS SO ORDERED.

Dated: August 17, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE